UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: GOLIATH VENTURES INC. (FL),                Chapter 11
                                                  Case No. 26-13174-RAM

     Debtor.

_____/

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

Jonathan S. Feldman, Esq. and the law firm of Phang & Feldman, P.A. give notice of their

appearance as counsel for creditor **Todd Rideman**, and pursuant to Rules 2002, 3017(a), 9007,

and 9010(b) of the Federal Rules of Bankruptcy Procedure and Bankruptcy Code sections 342 and

1109(b), request that copies of any and all notices, pleadings, motions, orders to show cause,

applications, presentments, petitions, memoranda, affidavits, declarations, orders, and plan(s) of

reorganization, or other documents, filed or entered in this case, be transmitted to:

Jonathan S. Feldman, Esq.
Phang & Feldman, P.A.
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Tel: (305) 614-1223
Fax: (305) 614-1887
feldman@katiephang.com
service@katiephang.com

Phang Feldman

**One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

Dated: March 17, 2026

PHANG & FELDMAN, P.A.
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223

By:   */s/ Jonathan S. Feldman*
Jonathan S. Feldman (12682)
feldman@katiephang.com
service@katiephang.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2026, a true and correct copy of the foregoing was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

By:   */s/ Jonathan S. Feldman*
Jonathan S. Feldman (12682)



Phang Feldman

**One Biscayne Tower | Suite 1600 | 2 S. Biscayne Boulevard | Miami, FL 33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**