

**ORDERED in the Southern District of Florida on March 31, 2026.**

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| GOLIATH VENTURES INC. (FL), | Case No. 26-13174-RAM |
| GOLIATH VENTURES INC. (WY), | Case No. 26-13176-RAM |
| | Jointly Administered |
| Debtors. | |
| _____/ | |

### AMENDED[1] ORDER EXTENDING DEBTORS' DEADLINE TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER ITEMS

THIS MATTER came before the Court upon the *Debtors' Motion to Extend Time to File Schedules, Statement of Financial Affairs and Other Items* [Dkt. No. 48] (the "***Motion***"), pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Rule 1007-1(C). The Motion seeks the entry of an Order extending the Debtors' deadline to file the following documents: *Summary of Schedules, Schedules A/B and D-H, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, List of Equity Security Holders, and Debtor's Notice of Filing Payroll and Sales Tax Reports* (collectively, the "***Filings***"). The Court, having reviewed the Motion, and finding good cause therefor,

---

[1] Amended solely to add paragraph 3.

**ORDERS** as follows:

1.      The Motion is **GRANTED**.

2.      The Debtors' deadline to file the Filings is extended through and including May 30, 2026.

3.      The Clerk of Court is directed to docket a copy of this order in the member case, Case No. 26-13176-RAM.

*###*

**Submitted By:**
Alexander E. Brody, Esquire
Florida Bar No. 1025332
abrody@melandbudwick.com
MELAND BUDWICK, P.A.
*Proposed Counsel for Debtors*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

**Copies Furnished To:**
Alexander E. Brody, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

2