UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                      CHAPTER 11

Goliath Ventures, Inc.                                      Case No.: 26-13174-RAM
(fdba Gen-Z Venture Firm, Inc.),

Goliath Ventures, Inc.,                                     Case No.: 26-13176-RAM

_____Debtor._____/

**APPOINTMENT AND NOTICE OF APPOINTMENT OF A JOINT**
**COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints

the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the *Appointment and Notice of Appointment of a Joint Committee of Creditors Holding Unsecured Claims* was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to:  All parties on the attached service list on this the 10th of April 2026.

Guy A. Van Baalen
Acting United States Trustee
Region 21

By:   /s/  *Steven D. Schneiderman*
Steven D. Schneiderman
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Suite 1204
Miami, FL  33130
Tele: (305) 536-7285
Fax: (305) 536-7360

**EXHIBIT "A"**

Names and contact information                    Email addresses

John D. Euliano Revocable Trust
c/o Jordan A. Shaw
Counsel:
Jordan A. Shaw, Esq.                             jshaw@shawlewenz.com
110 SE 6th Street, Suite 2900
Ft. Lauderdale, FL 33301


ECLYFE LLC
c/o Jordan A. Shaw
Counsel:
Jordan A. Shaw, Esq.                             jshaw@shawlewenz.com
110 SE 6th Street, Suite 2900
Ft. Lauderdale, FL


Jerry Stanley 1022 Trust                         jerrystanley10@gmail.com
311 Dolcetto Court
Lakeway, TX 78738


Jigisha Patel                                    jigishashah@yahoo.com
12 Hidden Meadow Dr.
Scotch Plains, NJ 07076


Michael Holguin & Co. Ltd.                       Mholguin12@hotmail.com
81 Showcase Drive
Hannon, Ontario L0R-1P0


Gaurang Patel                                    gaupatel79@gmail.com
45 Burniston Ct.
Hillsborough, NJ 08844


Jay Kansal                                       drjaykansal@gmail.com
4450 Leesburg Rd.
Marietta, GA 30066

## SERVICE LIST

- Alexander E. Brody    abrody@melandbudwick.com,
  ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com,
  ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- Jonathan S. Feldman    feldman@katiephang.com, service@katiephang.com
- Solomon B Genet    sgenet@melandbudwick.com,
  ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com,
  sgenet@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com,
  phornia@ecf.courtdrive.com


BMW Financial Services NA, LLC
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Brevard Nursing Academy LLC
c/o Jordan A. Shaw
110 SE 6th Street, Suite 2900
Ft. Lauderdale, FL 33301

Elisabeth Arnold
101 Diplomat Pkwy, Apt 2404
Hallandale, FL 33009

Gregory Garrett Wilson
c/o Jordan A. Shaw
110 SE 6th Street, Suite 2900
Ft. Lauderdale, FL 33301

Lisa Marie Cairns
49 Seymour Avenue
St. Catharines, Ontario, Canada L2P 1A6

Mehal Patel
c/o Jordan A. Shaw
110 SE 6th Street, Suite 2900
Ft. Lauderdale, FL 33301

Navnit Patel
12813 Night Owl Ct.
Bristow, VA 20136

Rebecca Jo DeBartolo
407 Wexford Dr.
Huron, Ohio 44839


Sonal B. Patel
19143 Cherry Rose Circle
Lutz, FL 33558

Tiffany Acton
5113 Crimson King Way
Beamsville, Ontario, Canada L3J 0J3

Todd Rideman
4 Cottage Way
Kittery, ME 03904