

**ORDERED in the Southern District of Florida on May 9, 2026.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

GOLIATH VENTURES INC. (FL) and
GOLIATH VENTURES INC. (WY),

              Debtors.
_____/

Chapter 11 Cases

Case No. 26-13174-RAM
Case No. 26-13176-RAM
Jointly Administered

**ORDER SETTING FILING**
**DEADLINES AND HEARING BY VIDEO**
**CONFERENCE ON MOTION FOR TURNOVER**

The Court has reviewed the Debtors' Motion for Turnover by and from Alston & Bird LLP and [sic] for an Award of Fees [DE# 104] (the "Motion for Turnover") and determined that a hearing by video conference should be scheduled and deadlines imposed.  Therefore, it is -

**ORDERED** as follows:

1.      The Court will conduct a hearing on the Motion for Turnover on **May 28, 2026**, at **11:30 a.m.**  The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

2.      For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark

3.      To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.  To register for the video conference, click on the following link or manually enter the following link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ

3.      Alston & Bird LLP must file a response to the Motion for Turnover by May 21, 2026.

4.      The Debtors may file a reply in support of their Motion for Turnover by May 26, 2026.

###

COPIES TO:

Solomon B. Genet, Esq.
Office of the U.S. Trustee

**CLERK TO SERVE:**

Alston & Bird LLP
c/o Karl Geercken, Esq., General Counsel
90 Park Avenue – 15th Floor
New York, NY  10016